DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:
    JOSE A. MONREAL RAMIREZ and MARIA M. MONREAL
    1908 COMMONS CT
    WINDSOR, CA 95492

    ###-##-0533  ###-##-4428
              Debtor(s).

Case No.: 09-1-3330 AJ13
Chapter 13

NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

**341 MEETING OF CREDITORS:**
Date:    11/17/2009
Time:    1:00 PM
Place:    Office of the United States Trustee
           777 Sonoma Ave., First Floor, #116
           Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:    12/21/2009
Time:    1:30 PM
Place:    United States Bankruptcy Court
           99 South E Street
           Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The Trustee requests a copy of the Debtors' *signed* 2008 federal tax return.

2. The Trustee requests that the Debtors' provide payment advices received in months April through September 2009, or, in the alternative, a Debtors' declaration that details why the payment advices cannot be provided.

3. The plan does not meet the requirements of 11 U.S.C.§1325(d) as the plan payment is insufficient to pay all secured, priority and administrative claims, and therefore, the plan is not feasible. The source of the non-feasibility appears to result from the following factor:  Schedule D lists obligations to Toyota Motor Credit and Wells Fargo Bank, both of which have the amount of claim listed as "unknown."  The Trustee is unable to process Debtors' petition in the absence of these figures.

4. Paragraph 11 of the Debtors' plan indicates the lien on the real property held by Wells Fargo Bank shall be voided.  The Trustee requests that Debtors' Notice and Motion to Avoid Lien is filed and resolved prior to confirmation.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: November 13, 2009    DAVID BURCHARD
    DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JOSE A. MONREAL RAMIREZ and MARIA M. MONREAL
1908 COMMONS CT
WINDSOR, CA 95492

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: November 13, 2009    DENIZ BRIDGMAN
    DENIZ BRIDGMAN