Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re  Jose A Monreal Ramirez  Maria M Monreal  Debtor(s) | Case No. 09-13330 |
| | Chapter 13 |
| | NOTICE OF HEARING ON MOTION FOR ORDER DETERMINING VALUE OF SECURED CLAIM AND FOR ORDER AVOIDING LIEN |
| | Date: June 21, 2010  Time: 1:30 PM  Place 99 South E St, Santa Rosa, CA |

To Secured Creditor **WELLS FARGO BANK, N.A**

Please Take Notice – At the above date and time there will be a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order avoiding the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments. <u>If you do not appear at hearing, the Court may enter an order granting the relief.</u>

Dated: May 18, 2010          Beck Law Offices

/s/ Dan Beck_____
Daniel B. Beck
Attorney for Debtor

Motion to Avoid Lien – Page 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re Jose A Monreal Ramirez
Maria M Monreal
Debtor(s)
_____/

Case No. 09-13330

Chapter 13

CERTIFICATE OF SERVICE OF NOTICE OF HEARING AND MOTION FOR ORDER DETERMINING VALUE OF SECURED CLAIM AND FOR ORDER AVOIDING LIEN

Date: June 21, 2010
Time: 1:30 PM
Place 99 South E St, Santa Rosa, CA

I hereby certify that on May 18, 2010, a copy of above NOTICE OF HEARING ON MOTION FOR ORDER DETERMINING VALUE OF SECURED CLAIM AND FOR ORDER AVOIDING LIEN as well as a copy of Debtors MOTION FOR ORDER DETERMINING VALUE OF SECURED CLAIM AND FOR ORDER AVOIDING LIEN, was served, to the Chapter 13 Trustee, electronically and to the creditor listed below by certified mail addressed to an officer of the creditor, namely:

John G. Stumpf, Chairman, President and CEO
Wells Fargo Bank, N.A.
P. O. Box 14469 MAC X2303-01A
Des Moines, IA 50306-9655

Dated: May 18, 2010         /s/ Evan Livingstone
                            Evan Livingstone