ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Jose A Monreal Ramirez and Maria M Monreal,<br><br>Debtors. | Bankruptcy Case No. 09-13330<br><br>RS No.  ETL- 889<br><br>Chapter 13 |
| Central Mortgage Company, and its successors and/or assignees,<br><br>Movant,<br><br>vs.<br><br>Jose A Monreal Ramirez and Maria M Monreal, Debtors, and David Burchard, Trustee,<br><br>Respondents. | **CENTRAL MORTGAGE'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><u>HEARING DATE</u>:<br>DATE:  July 14, 2011<br>TIME:  9:00am |

**TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

Central Mortgage Company, and its successors and/or assignees ("Central Mortgage"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 1908 Commons Court, Windsor, CA 95492.

Debtors in the above numbered Chapter 13 Case has failed to make post-petition payments.

This Motion is based upon the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

DATED: June 8, 2011               Respectfully Submitted,

                                  MALCOLM ♦ CISNEROS, A Law Corporation


                                  By:  /s/ *Erica T. Loftis*
                                       ERICA T. LOFTIS
                                       Attorneys for Movant